```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Sanchez, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

Peavey Electronics Corporation,

        Defendant.

1:20-cv-10455 (PGG) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, February 25, 2021 at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
              February 17, 2021

                                                                           _____
                                                                           STEWART D. AARON
                                                                           United States Magistrate Judge