UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Sanchez, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

Peavey Electronics Corporation,

          Defendant.

1:20-cv-10455 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

        In accordance with the Case Management Plan, the parties were to file a joint letter on May 6, 2021 regarding the status of discovery. (ECF No. 10.) In view of the Court's subsequent adjournment of Defendant's time to respond to the Complaint (*see* ECF No. 16), the deadline for the parties to file a joint status report is adjourned until June 15, 2021.

**SO ORDERED.**

DATED:    New York, New York
            May 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021